# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

LORI L. JAKLEVICH, Individually and as
Personal Representative of the Estate of
SHAUN PAUL COLLETT, Deceased, and
DONALD P. COLLETT, Individually,

        Plaintiffs,

v.                    Case No: 07-2433-CM-DJW

SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE,

        Defendant.

## ORDER

Pending before the Court is Defendant's Motion to Amend Scheduling Order (doc. 21) and Agreed Motion for Consent Protective Order (doc. 17). In its Motion to Amend Scheduling Order, Defendant seeks an extension of the March 21, 2008 deadline for filing a motion and brief in support of a proposed protective order. Plaintiff does not oppose this Motion. Defendant also filed an Agreed Motion for Consent Protective Order. Since the filing of this motion, the parties have advised the Court that they no longer agree to the provisions of the protective order.

The Motion to Amend Scheduling Order is granted as uncontested[1] and the Scheduling Order deadline for filing a motion and brief in support of a proposed protective order is extended to **April 18, 2008**.

Furthermore, the Agreed Motion for Consent Protective Order is denied as moot.

---

[1] *See* D. Kan. Rule 7.4 ("If a respondent fails to file a response within the time required . . ., the motion will be considered and decided as an uncontested motion, and ordinarily will be granted without further notice.").

IT IS THEREFORE ORDERED that Defendant's Motion to Amend Scheduling Order (doc. 21) is granted, as stated herein.  It is further ordered that Defendant's Agreed Motion for Consent Protective Order (doc. 17) is denied as moot

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 17th day of April, 2008.

s/ David J. Waxse  
David J. Waxse  
United States Magistrate Judge

cc:   All counsel and *pro se* parties